FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORTHY HOTELS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendant. | NO: 2:20-CV-313-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal, ECF No. 7. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 7**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2  Order and provide copies to counsel, and **close this case.**

3    **DATED** September 25, 2020.

4

5
                                            *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2